# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 38TH JUDICIAL DISTRICT COURT OF UVALDE COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on July 8, 2015, the cause upon appeal to revise or reverse your judgment between

Ex Parte Juan Torres, Appellant(s)

V.

No. 04-15-00182-CR    and     Tr. Ct. No. 2012-04-12006-CR

was determined, and therein our Court of Appeals made its order in these words:

**In accordance with the court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

Witness the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on September 10, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853